# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> URO MEDICAL CORPORATION, a Texas Corporation, <br><br> Defendant. | Civil Action No. 22-CV-3772 (RA) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day came for consideration the Motion of Mark Siegmund for Leave to Withdraw as Counsel for plaintiff Cornell University. Having considered the motion, the Court finds that it is hereby

GRANTED.

Accordingly, it is ORDERED that Mark Siegmund is hereby withdrawn as counsel of record for plaintiff and shall be removed from all future notices in this lawsuit.

SO ORDERED.

_____
Hon. Ronnie Abrams

Dated: New York, New York
       August 12, 2022