UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY,<br><br>                                        Plaintiff,<br><br>- against -<br><br>URO MEDICAL CORPORATION, a Texas Corporation,<br><br>                                        Defendant. | No. 22-CV-3772-RA<br><br>**[PROPOSED]**<br>**JUDGMENT** |

This matter having come before the Court pursuant to the Stipulation and Order of Settlement and Dismissal entered on November 17, 2022 (ECF 24), and upon review of the declaration submitted by plaintiff Cornell University, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff Cornell University have judgment against defendant Uro Medical Corporation in the amount of $92,966.26.

Dated: New York, New York

       May 10, 2024

_____
Hon. Ronnie Abrams, U.S.D.J.